■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CASEY, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 4, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Fein, Milonas, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE JONES, Appellant.—Judgment, Supreme Court, New York County (Francis Pecora, J.), rendered on November 18, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Fein, Milonas, Rosenberger and Ellerin, JJ.